No. 04–9467.  PARLE *v.* RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–9505.  MORGAN *v.* WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–9548.  WALL *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Craven County, N. C.  Certiorari denied.

No. 04–9562.  SHEWMAKER GONZALES, AKA GONZALES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–9564.  FERRO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9565.  HUMMINGWAY, AKA GOLDENSTEIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–9566.  GRINARD-HENRY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–9579.  KEMPER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 10th Cir.  Certiorari denied.

No. 04–9580.  KNICKMEIER *v.* OFFICE OF LAWYER REGULATION.  Sup. Ct. Wis.  Certiorari denied.

No. 04–9586.  PATRICK *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–9587.  RODRIGUEZ-RODRIGUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–9592.  LEUSCHEN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 04–9597.  ZAMORA *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–9600.  MCCOULLUM *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.